

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2019

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**LONESTAR RESOURCES, INC.**; Union Pacific Railroad Company; and Ezra Alderman Ranches, Inc., Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

## O R D E R

The docketing statement for this appeal is past due. *See* Tex. R. App. P. 32.1(a) (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal). We order appellants to file the docketing statement within 10 days of this order. A failure to comply with this order may result in this appeal being dismissed without further notice. *See* Tex. R. App. P. 42.3(c).

Furthermore, one of the court reporters in this case has filed a notice of late record stating appellant has not requested and arranged to pay for the reporter's record. *See* Tex. R. App. P. 34.6(b)(1) ("At or before the time for perfecting the appeal, the appellant must request in writing that the official reporter prepare the reporter's record."); *id.* R. 35.3(b)(2), (3) (providing the court reporter is not required to file a reporter's record unless the appellant has requested the reporter's record and "the party responsible for paying for the preparation of the reporter's record has paid the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee, or is entitled to appeal without paying the fee.").

We order appellants to provide written proof to this court by **September 3, 2019** that (1) the reporter's record, if any is sought by appellants, has been properly requested, and (2) either paid or arranged to pay the reporter's fee or is entitled to the record without prepayment of the reporter's fee. *See id.* R. 20.1, 34.6(b)(1), 35.3(b). If appellants fail to provide such proof by the date ordered, appellant's brief will be due by **October 14, 2019**, and the court will only consider

those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2019.



_____
Keith E. Hottle,
Clerk of Court